## 26402. GRAVES *v.* THE STATE.

MacINTYRE, J. The jury was warranted in concluding from the evidence and the defendant's statement that three witnesses went to a garage temporarily controlled by the defendant, and saw him pouring intoxicating liquor from a jug into a sink in the garage, and that they procured about a half-gallon of the liquor. The evidence supports the verdict of guilty of possessing intoxicating liquor, and the court did not

err in overruling the motion for new trial containing only the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 9, 1937.

*D. W. Mitchell,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*